IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


STEVE GARNER, LINDA GARNER,
SGI CATASTROPHIC, INC. and
STEVE GARNER, INC.                                    PLAINTIFFS


     V.                    CIVIL NO. 08-6111


MICHAEL FRIERY and VICKY FRIERY                       DEFENDANTS

## O R D E R

Currently before the Court is the Unopposed Motion to Non-Suit Without Prejudice (Doc. 9).  Upon due consideration, the motion is GRANTED and Plaintiffs' Complaint is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED this 2nd day of June 2009.


/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)